United States District Court
Southern District of Texas
**ENTERED**
September 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUNNY SHORES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2745 |
| | § | |
| UNITED CONTINENTAL HOLDINGS, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In conformity with the Order on Evidentiary Rulings and Order Adopting Memorandum and Recommendation signed on September 27, 2016, the court **ADJUDGES** that Plaintiff Sunny Shores take nothing against Defendant United Airlines, Inc.

Defendant United Airlines, Inc. is awarded its costs.

All relief not granted herein is **DENIED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this Final Judgment to all parties.

**SIGNED** this 27th day of September, 2016, at Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE